UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD THOMAS,

    Petitioner,

  v.

FRED FOULK,

    Respondent.

Case No. 14-cv-03273-VC

**ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME**

Re: Dkt. No. 7

On July 21, 2014, Petitioner Ronald Thomas, a prisoner at High Desert State Prison, filed a letter indicating that he wished to file a petition for a writ of habeas corpus. On the same date, the Clerk of the Court sent Thomas written notice that he must file a petition on the Court's form and he must file a completed application to proceed informa pauperis ("IFP") within twenty-eight days or his case would be dismissed for failure to prosecute.

On August 18, 2014, Thomas sent the Court another letter indicating that he was in a locked-down situation without access to his legal papers or law library and requested an extension of time to file the required documents. The Court grants Thomas' request for an extension of time. His petition on the Court's form and completed IFP application are now due twenty-eight days from the date of this order. The Clerk of the Court is directed to send Thomas the Court's form for a writ of habeas corpus and the Court's IFP application.

**IT IS SO ORDERED.**

Dated: September 5, 2014

VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DOMETRIOUS THOMAS,<br><br>    Plaintiff,<br><br>  v.<br><br>FRED FOULK,<br><br>    Defendant. | Case No.  14-cv-03273-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/5/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald Dometrious Thomas ID: T-43909
High Desert State Prison
P.O. Box 3030
Bldg D-2 117
Susanville, CA 96127

Dated: 9/5/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA