UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DOMETRIOUS THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>FRED FOULK,<br><br>Defendant. | Case No. 14-cv-03273-VC<br><br>**ORDER GRANTING PETITIONER'S SECOND REQUEST FOR EXTENSION OF TIME TO FILE PETITION AND IFP APPLICATION**<br><br>Re: Dkt. No. 9 |

On July 21, 2014, Petitioner Ronald Thomas, a prisoner at High Desert State Prison, filed a letter indicating that he wished to file a petition for a writ of habeas corpus. On the same date, the Clerk of the Court sent Thomas written notice that he must file a petition on the Court's form and he must file a completed application to proceed informa pauperis ("IFP") within twenty-eight days or his case would be dismissed for failure to prosecute. Thomas sent a letter requesting an extension of time to file these documents. On September 5, 2014, the Court granted Thomas' request to October 3, 2014.

On September 15, 2014, Thomas sent another letter requesting an extension of time to file the required documents. He explains that he does not have his legal documents and does not know the case numbers of his state court cases so that he cannot complete the form for a petition for a writ of habeas corpus. He states that he has written to the California Supreme Court to get a copy of his state petition for a writ of habeas corpus, but the Court has not replied to him. He states that he has requested that his sister contact the attorney who represented him in state court to obtain a copy of his state petition, but his sister has not responded.

The Court will grant Thomas another extension of time to file his petition and his application to proceed IFP. However, an indefinite extension cannot be granted. Given Thomas'

1  circumstances, the Court will grant him forty-two days from October 3, 2014.  This means his
2  petition and IFP application are due on November 14, 2014.  If the required documents are not
3  filed by November 14, 2014, this case will be dismissed without prejudice to refiling when
4  Thomas is able to file the required documents.

   Based on the foregoing, Thomas' second request for an extension of time is granted.  His documents are now due on or before November 14, 2014.

**IT IS SO ORDERED.**

Dated: October 6, 2014

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DOMETRIOUS THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>FRED FOULK,<br><br>    Defendant. | Case No. 14-cv-03273-VC<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 10/6/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald Dometrious Thomas ID: T-43909
High Desert State Prison
P.O. Box 3030
Bldg D-1 117
Susanville, CA 96127

Dated: 10/6/2014

    Richard W. Wieking
    Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

3