UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD DOMETRIOUS THOMAS,

    Plaintiff,

  v.

FRED FOULK,

    Defendant.

Case No. 14-cv-03273-VC

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On July 21, 2014, Petitioner Ronald Thomas, a prisoner at High Desert State Prison, filed a letter indicating that he wished to file a petition for a writ of habeas corpus. On the same date, the Clerk of the Court sent Thomas written notice that he must file a petition on the Court's form and he must file a completed application to proceed informa pauperis ("IFP") within twenty-eight days or his case would be dismissed for failure to prosecute.

On August 18, 2014, Thomas sent the Court a letter indicating that he was in a locked-down situation without access to his legal papers or the law library and requested an extension of time to file the required documents. The Court granted this request.

On September 23, 2014, Thomas sent the Court another letter requesting a second extension of time to file the required documents, which the Court granted. In this order, the Court stated that it would grant Thomas forty-two additional days to file the required documents, but if they were not filed within that time, his case would be dismissed.

More than forty-two days have passed and Thomas has not filed the required documents or otherwise communicated with the Court.

IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall terminate all pending motions, and close the file.

**IT IS SO ORDERED.**

Dated: December 12, 2014

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD DOMETRIOUS THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>FRED FOULK,<br><br>    Defendant. | Case No. 14-cv-03273-VC<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 12/12/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald Dometrious Thomas ID: T-43909
High Desert State Prison
P.O. Box 3030
Bldg D-1 117
Susanville, CA 96127

Dated: 12/12/2014

    Richard W. Wieking
    Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA